# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | |
| ) | Case No.   23 MJ 000142 SAB |
| CHRISTINA E. PENA, ) | |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at:   US DISTRICT COURT, FRESNO, CA, 2500 Tulare Street, Courtroom 9, Fresno, CA
                                                                          *Place*

Before U.S. Magistrate Judge Stanley A. Boone
on   03/22/2024 at 10:00 am
                                                                        *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 1/18/24                                                  *Christina E. Pena*
                                                                          *Defendant's signature*

Date: 1/18/24                                                  [signature]
                                                                          *Judicial Officer's Signature*

                                                                          *Printed name and title*