HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTINA E. PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA E. PENA,<br><br>Defendant. | Case No. 1:23-mj-00142-SAB<br><br>STIPULATION TO ADVANCE HEARING DATE; ORDER |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Christina Peña, that the change-of-plea hearing currently scheduled for July 26, 2024, may be advanced to July 2, 2024, at 2:00 p.m.

                                                               Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Defender

Date: June 18, 2024                    */s/ Laura Myers*
                                                               LAURA MYERS
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               CHRISTINA E. PENA

PHILLIP A. TALBERT
United States Attorney

Date: June 18, 2024

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The change-of-plea hearing currently set for July 26, 2024, is advanced to July 2, 2024, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **June 18, 2024**

UNITED STATES MAGISTRATE JUDGE