# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-mj-00142-SAB |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| CHRISTINA PENA, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.23(a)(1)

**Sentence Date:** July 3, 2024

**Review Hearing Date:** November 20, 2025

**Probation Expires On:** July 2, 2026

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ 10 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $        per month by the        of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Multi-Offender DUI program to be completed by 2/28/2026; weekly attendance at Alcoholics Anonymous

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**<u>Otherwise:</u>**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Jeff Spivak

DATED: 11/5/2025                     */s Jeffrey Spivak*
                                     JEFFREY SPIVAK
                                     ASSISTANT U.S. ATTORNEY

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/20/2025 at 10:00am Choose an item.

  ☒ be continued to 5/21/2026 at 10:00 a.m.; or

  ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 11/5/2025                     */s/ Laura Myers*
                                     DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for 11/20/2025 at 10:00 a.m. be continued to 5/21/2026 at 10:00 a.m.

☐ DENIED.

IT IS SO ORDERED.

Dated: **November 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge