**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-mj-00142-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| CHRISTINA PENA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.23(a)(1)

**Sentence Date:** July 3, 2024

**Review Hearing Date:** May 21, 2026

**Probation Expires On:** July 2, 2026

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ 10 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Multi-Offender DUI program to be completed by 2/28/2026; weekly attendance at Alcoholics Anonymous

*COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  Joshua Banister

DATED:  5/7/2026                                          */s Joshua Banister*___
                                                                      JOSHUA BANISTER
                                                                      ASSISTANT U.S. ATTORNEY

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 5/21/2026 at 10:00am Choose an item.

      ☐    be continued to; or

      ☒    be vacated.

☒    that Defendant's term of probation be terminated pursuant to 18 U.S.C § 3564(c).  Early termination is warranted based on Ms. Pena's conduct before and after sentencing.  She began attending one or more AA sessions per week well before being ordered to do so, and is currently serving a one-year term as treasurer of the Kings View AA chapter.

DATED:  5/7/2026                                          */s/ Laura Myers*_____
                                                                      DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐    GRANTED.  Defendant's term of probation is hereby terminated pursuant to 18 U.S.C. § 3564(c).  The Court orders that the Review Hearing be vacated.

☒    DENIED without prejudice.  Parties need to bring a motion for early termination.  Early termination cannot be accomplished through the status report.

IT IS SO ORDERED.

Dated:    **May 8, 2026**                          _____
                                                                      STANLEY A. BOONE
                                                                      United States Magistrate Judge