HEATHER E. WILLIAMS (CA Bar No. 122664)
Federal Defender
LAURA MYERS (IL Bar No. 6338417)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHRISTINA PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-mj-00142-SAB |
|---|---|
| Plaintiff, | |
| vs. | UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION PURSUANT TO 18 U.S.C. § 3564(C) AND FED. R. CRIM. P. 32.1(C); ORDER |
| CHRISTINA PENA, | |
| Defendant. | |
| | JUDGE: Hon. Stanley A. Boone |

Defendant Christina Peña, through counsel, moves this Court for early termination of her probation, which is currently set to expire on July 2, 2026.  Under 18 U.S.C. § 3564(c), this Court may "terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor . . . if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."  Undersigned counsel has conferred with Joshua Banister, counsel for the government, who does not oppose the requested modification.[1]

On July 3, 2024, Ms. Peña pled guilty to operating a vehicle under the influence of alcohol, in violation of 36 C.F.R. § 4.23(a)(1).  The same day, this Court sentenced her to five days' imprisonment and 24 months of unsupervised probation.  Her terms of probation included

---

[1] As the relief sought here is favorable to Ms. Peña and the government does not oppose the modification, Ms. Peña does not request a hearing on this motion.  *See* Fed. R. Crim. P. 32.1(c)(2).

payment of a $510 financial penalty by September 30, 2024; completion of a Multi-Offender DUI program by February 28, 2026; and weekly AA attendance for the period of probation.

On November 6, 2025, the parties filed a status report indicating that Ms. Peña was in full compliance with the terms of her probation. In light of her compliance, this Court continued her probation review hearing to May 21, 2026.

On May 7, 2026, the parties filed a second status report indicating that Ms. Peña remained in full compliance with the terms of probation. Ms. Peña paid the financial penalty in full on July 30, 2024; she completed the 18-month DUI program on February 20, 2026; and she provided six pages of AA attendance records, signed under penalty of perjury, showing that she had attended at least once per week throughout her term of probation. In addition, she did not have any new law violations.

Ms. Peña's conduct both before and after she was placed on probation warrants early termination. As this Court is aware, Ms. Peña began attending weekly AA meetings almost immediately after her arrest in November 2023, which means at this point she has been attending for 2.5 years. (*See* Sentencing Memorandum, ECF No. 14). And she plans to continue to do so: In January of this year, she began a one-year term as treasurer of the Kings View AA chapter.

Ms. Peña has worked hard both to comply with this Court's conditions, but her motivation goes beyond what is mandated by the Court. Her conducts shows that she is committed to remaining sober going forward.

If this Court denies this motion, Ms. Peña moves in the alternative that this Court vacate the May 21, 2026 review hearing in light of her full compliance on probation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 14, 2026

/s/ Laura Myers
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
CHRISTINA PENA

Peña – Motion to Terminate Probation

## ORDER

**IT IS SO ORDERED.** Defendant's term of probation is hereby terminated pursuant to 18 U.S.C. § 3564(c). The Court orders that the Review Hearing currently set for 5/21/2026 at 10:00 AM be vacated.

IT IS SO ORDERED.

Dated: __**May 14, 2026**__ 

_____
STANLEY A. BOONE
United States Magistrate Judge

Peña – Motion to Terminate Probation